McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8944
        Facsimile: (415) 744-0134
        E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. HOWELL, <br><br> Plaintiff, <br><br> v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:19-cv-01704-EPG <br><br> STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME <br><br> (ECF No. 15) |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from

August 26, 2020 to September 28, 2020.  This is Defendant's first request for an extension of

time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time

because Defendant's counsel need additional time due to his current workload, including another

district court brief due on August 26, 2020. In addition, Plaintiff will be on medical leave from

August 31 through September 2.

        The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly:

1     •    Defendant shall respond to Plaintiff's opening brief on or before September 28, 2020;

2     •    Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on

3          or before October 13, 2020).

Respectfully submitted,

Dated: August 25, 2020

*/s/ Young Cho\**
(\*as authorized via e-mail on 8/24/20)
YOUNG CHO
Attorney for Plaintiff

Dated:  August 25, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Pursuant to the stipulation of the parties (ECF No. 15) and as set forth above, IT IS ORDERED that Defendant shall file the response to Plaintiff's opening brief on or before September 28, 2020, and that Plaintiff shall file his reply, if any, on or before October 13, 2020.

IT IS SO ORDERED.

Dated:   **August 25, 2020**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE