McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN W. HOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>    Defendant. | Case No.: 1:19-cv-01704-EPG<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 17) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 23, 2020 | */s/ Young Cho* |
|  | (*as authorized via e-mail on 9/23/20) |
|  | YOUNG CHO |
|  | Attorney for Plaintiff |
|  |  |
| Dated: September 23, 2020 | McGREGOR W. SCOTT |
|  | United States Attorney |
|  | DEBORAH LEE STACHEL |
|  | Acting Regional Chief Counsel, Region IX |
|  | Social Security Administration |
|  |  |
| By: | */s/ Marcelo Illarmo* |
|  | MARCELO ILLARMO |
|  | Special Assistant United States Attorney |
|  |  |
|  | Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 17), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: **September 24, 2020**           /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE