Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
John W. Howell

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN W. HOWELL, | ) Case No.: 1:19-cv-01704-EPG |
| Plaintiff, | ) STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY |
| vs. | ) FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, |
| ANDREW SAUL, Commissioner of Social Security, | ) 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant. | ) |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that John W. Howell be awarded attorney fees in the amount of three thousand four hundred dollars ($3,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28

U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Howell, the government will consider the matter of Howell's assignment of EAJA fees to Young Cho.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Howell, but if the Department of the Treasury determines that Howell does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Howell.[1]  Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Howell's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Howell and/or Young Cho including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 5, 2020					Respectfully submitted,

										LAW OFFICES OF LAWRENCE D. ROHLFING

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

|  |  |
|---|---|
|  | /s/ *Young Cho* |
|  | BY: _____ |
|  | Young Cho |
|  | Attorney for plaintiff |
|  | JOHN W. HOWELL |

DATE: November 5, 2020        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ *Marcelo N. Illarmo*
                              _____
                              MARCELO N. ILLARMO
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              ANDREW SAUL, Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 21), and as set forth above, IT IS ORDERED that Plaintiff is awarded attorney fees in the amount of three thousand four hundred dollars ($3,400) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **November 5, 2020**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE